CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

JUL 14 2023

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

For Clerk's Office Use
Judge Rec'd
Dillon | Hoppe

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTICT
OF VIRGINIA

For use by inmates filing a complaint under CIVIL RIGHTS ACT. 42 U.S.C. §1983

Marell Tyrone Crutchfield SR    1195736
Plaintiff full name              Inmate No.

v.                               CIVIL ACTION NO. (III) 723CV00427

Warden Jeffery Artrip & Unknown Correctional officers
Defendant(s) full name(s)

working D-100 on July 06, 2003 at or around 8am thru 10'o clock am

*********************************************************************

A. Current facility and address: Wallens Ridge State Prison
P.O. Box 759 Bigstone Gap VA 24219

B. Where did this action take place? Wallens Ridge State Prison D-100

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

____ Yes    X No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

____ Yes    X No

1. If your answer is Yes, indicate the result:
_____

No forms are being provided! And no justice will
2. If your answer is No, indicate why:
come from an inhouse procedure!

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. Do not give any legal arguments or cite any cases or statutes. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

Correctional officers working D-100 RHU Allowed an inmate to attack me while I was in full restraints on July 6, 2023 in D-100 pod at or around 8am to 9:30 am

Attachment

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

I ask for video footages to be saved and forms to be provided? Non have been given and I'm being told if I "keep running my mouth" something else will happen to me!

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

Ill like 250,000 for emotional distress and physical damage to my arm. To be transferred across from this prison.

G. If this case goes to trial do you request a trial by jury?   Yes  X   No _____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 7/08/23        SIGNATURE: Marell Crutchfield Sr

VERIFICATION:
I, Marell Crutchfield SR , state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 7/08/23        SIGNATURE: Marell Crutchfield Sr

Attachment

E | **Claim #1**

Officers allowed space for inmate hands to be able to slide out and leg irons to be kicked off in effort to attack me! I was warned by C.O. Evans that he wouldn't make another round and I will be sorry that he didn't!

E | **Claim #2**

Now days later I have no forms I requested to document what happen to me! And no administrations have asked me the extents of my complaints! It was only mentioned by unit manager Gibson that I don't have a reliable source to confirm why I was assulted! But its clear to see that no one is able to get out handcuffs and shackles without assistance!

F | I also want to be restricted from being allowed in the circumfurece of the family memebers of staff that allowed me to be assulted. Namely in the Western Region of Virginia! (Wallens Ridge State Prison, Red Onion State Prison, Augusta, Poconatas, facilities.

Marell
Wallens Ridge State Prison
P.O. Box 759
Big Stone Gap, VA 24219

Case 7:23-cv-00427-EKD-PMS Document 1 Filed 07/14/23 Page 4 of 4 Pageid#: 4

KNOXVILLE TN 377
10 JUL 2023 PM 3 L

Received Mailroom
JUL 10 2023
Wallens Ridge State Prison

Clerk, United States District Court
210 Franklin Road, SW Suite 540
Roanoke, VA 24011-2208

24011-220840